Michele P. PARKS, Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Commissioner
of Social Security, Defendant–
Appellee.

No. 14–1836.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

Michele P. Parks, Appellant Pro Se.
David Nathaniel Mervis, Thomas McLean
Nanni, Social Security Administration, Bal-
timore, Maryland, for Appellee.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michele P. Parks appeals the district
court's order adopting the magistrate
judge's recommendation and granting De-

fendant's Fed.R.Civ.P. 12(c) motion for judgment on the pleadings in Parks' civil action for review of the Social Security Administration's denial of disability benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Parks v. Colvin*, No. 5:13–cv–00288–D, 2014 WL 2781137 (E.D.N.C. June 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*